1

2

3

4

5       IN THE UNITED STATES DISTRICT COURT

6       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7       SAN FRANCISCO DIVISION

8                                              NO. C 10-3715 JW

Carney

9                          Plaintiff            AMENDED
                                                **ORDER RE. DISCOVERY REFERRAL**
              -v-
10

Google, Inc.

11                 Defendant

12       _____/

13

14       Due to the Court's relocation to the San Francisco Division, the Court's practice of

15   automatically referring discovery matters to the Magistrate Judges of the San Jose Division is hereby

     DISCONTINUED.
16

17       Accordingly, the Court orders as follows:

18       (1)   In cases assigned to Judge Ware, all discovery motions noticed before Judge Lloyd or

19             Judge Grewal are hereby TRANSFERRED to Judge Ware.  The parties shall renotice

20             their motions before Judge Ware in accordance with the Civil Local Rules of Court.

     (2)   Any motions in which briefing is complete are hereby taken under submission.[1]  On
21
           or before **July 29, 2011**, the parties shall file a Joint Statement apprising the Court of
22
           the pending motion and providing a brief review of the parties' positions.
23

24

25

26

27   _____

         [1] This Order does not apply to any motions which have been heard or taken under
28   submission by either Judge Lloyd or Judge Grewal.

**United States District Court**
For the Northern District of California

(3)     If any party believes that its motion is urgent and that it may be prejudiced by the

transfer, that party shall meet and confer and file a Joint Statement on or before **July 29, 2011** detailing the nature of the motion and the need for expedited disposition.

Dated:  July 14, 2011

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2